DAVID F. DAY, Respondent, *v.* JAMES C. STRONG, Impleaded, Etc., Appellant.

(Argued October 11, 1887 ; decided October 25, 1887.)

*James C. Strong*, appellant in person.

*R. L. Burrows* for respondent.

Agree to modify judgment by conforming the interest to the statutory rate after January 1, 1880, and to affirm as modified.

All concur.

Judgment accordingly.

---

THOMAS SWORDS et al., Respondents, *v.* THE NORTHERN LIGHT OIL COMPANY, et al., Appellants.

(Submitted October 18, 1887; decided October 25, 1887.)

*George A. Black* for appellants.

*Flamen B. Candler* and *Mitchell L. Erlanger* for respondents.

Agree to affirm, with leave to apply to the court for leave to answer.

All concur ; no opinion.

Order affirmed.

---

In the Matter of the Application of the NIAGARA FALLS AND WHIRLPOOL RAILWAY COMPANY to Acquire Lands.

(Argued October 18, 1887; decided October 25, 1887.)

*John L. Romer* for appellant.

*E. C. Sprague* for respondent.

Agree to dismiss appeal ; no opinion.

All concur.

Appeal dismissed.